**In Re: MICROPOLIS (USA), INC., Debtor**

**B.D.I. Distributors, Inc., Appellant,**

**v.**

**Micropolis (USA), Inc., Appellee.**

**No. 00–57208.**

**BAP No. CC–00–01117–RiPMo.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 6, 2002.

Decided July 9, 2002.

Before WARDLAW and W. FLETCHER, Circuit Judges, and WHYTE, District Judge.**

MEMORANDUM ***

Since the hearing of the appeal in this matter, the court issued and amended its

** The Honorable Ronald M. Whyte, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the

opinion in *Community Dental Services v. Stuart Tani, DDS*, 282 F.3d 1164 (9th Cir.2002), holding that where a client has demonstrated gross negligence on the part of his counsel, a default judgment may be set aside pursuant to Rule 60(b)(6), Fed. R.Civ.P. We reversed the district court's refusal to set aside the default judgment and remanded for reinstatement of the action. In view of the new rule announced in *Community Dental,* we remand this action to the BAP for further proceedings consistent therewith, including a further remand to the trial court, if appropriate.

**VACATED AND REMANDED.**

courts of this circuit except as may be provid- ed by Ninth Circuit Rule 36–3.